■ Mark L. Benesh et al., Appellants, v Karen A. Courtney et al., Respondents. [913 NYS2d 627]—Appeal from an order of the Supreme Court, Monroe County (Thomas M. Van Strydonck, J.), entered September 11, 2009. The order granted the motion of defendants for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.

■ The People of the State of New York, Respondent, v Christopher Gamble, Appellant. [913 NYS2d 599]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered September 4, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Milczakowskyj, 286 AD2d 928 [2001], lv denied 97 NY2d 657 [2001]). Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.

■ The People of the State of New York, Respondent, v John W. Shaw, Appellant. [913 NYS2d 627]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered August 31, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Lococo, 92 NY2d 825, 827 [1998]). Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.